SHEESKIN, HILLMAN & LAZAR, P.C. ET AL.
*v.* WEAVER BROS., INC. ET AL.

[No. 43, September Term, 1982.]

*Decided December 2, 1982.*

The cause was argued before MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

*Jacob Sheeskin* for appellants.

*Daniel M. Litt* for appellees.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 2nd day of December, 1982

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.